UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES RIVER CASUALTY COMPANY, | ) ) | CASE NO. 1:21-cv-185 |
| Plaintiff, | ) ) ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) ) ) | |
| UNICONTROL, INC., | ) ) | **JUDGMENT ENTRY** |
| Defendant. | ) ) ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, Plaintiff's Motion for Summary Judgment (Doc. No. 17) is granted. This case is dismissed.

**IT IS SO ORDERED.**

Date: July 25, 2022

BRIDGET M. BRENNAN
UNITED STATES DISTRICT JUDGE